OPINION — AG — ** BUILDING — DEPARTMENT OF MENTAL HEALTH ** COSTS OF A NEW FOUNDATION FOR THE MOVED BUILDING, NEW UTILITY LINES AND OTHER COSTS OF RELOCATION WILL NOT BE LAWFUL EXPENDITURES FROM SAID APPROPRIATION SINCE THEY WOULD NOT BE PORTION OF THE ACTUAL COST OF CONSTRUCTION OF A NEW CHILDREN'S COTTAGE. (EXPENDITURE FROM AN APPROPRIATION FOR BUILDING — CONSTRUCTION, FUNDS) CITE: ARTICLE X, SECTION 19, 43A O.S. 3 [43A-3], 43A O.S. 252 [43A-252] (JAMES P. GARRETT)